1

2

**MAKAREM & ASSOCIATES, APLC**
Ronald W. Makarem (SBN 180442)
Jean-Paul LeClercq (SBN 248818)
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025
Telephone: (310) 312-0299
Facsimile: (310) 312-0296

3

4

5

6

**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Matthew W. Gordon (SBN 267971)
Christopher Hughes (SBN 307456)
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

7

8

9

10

11

12

13

Attorneys for Plaintiff
JESSICA JUNG,
individually, and on behalf of all others
similarly situated

14

15

*[additional counsel on next page]*

16

17

18

19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

20

21

JESSICA JUNG, an individual, on behalf
of herself and all others similarly situated,

22

Plaintiff,

23

v.

24

25

ESSEX PROPERTY TRUST, INC., a
Maryland corporation; and DOES 1
through 50, inclusive,

26

Defendants.

27

28

Case No. 2:16-cv-07609TJH(KSx)

[Assigned for all purposes to Honorable
Terry J. Hatter, Jr.]

**NOTICE OF SETTLEMENT AND
JOINT STIPULATION TO STAY
PROCEEDINGS**

Action Filed:  October 12, 2016
Trial Date:    None set

38295798v.1

1    SEYFARTH SHAW LLP
     Jon Meer (SBN 144389)
2    jmeer@seyfarth.com
     Leo Q. Li (SBN 293539)
3    lli@seyfarth.com
     Jennifer R. Nunez (SBN 291422)
4    jnunez@seyfarth.com
     2029 Century Park East, Suite 3500
5    Los Angeles, California 90067-3021
     Telephone:   (310) 277-7200
6    Facsimile:   (310) 201-5219

7    Attorneys for Defendant
     ESSEX PROPERTY TRUST, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

38295798v.1

1    This Stipulation is entered into by and between Plaintiff Jessica Jung
2  ("Plaintiff"), by and through her counsel of record, and Defendant Essex Property
3  Trust, Inc. ("Defendant"), by and through its counsel of record.

4    The parties have agreed to settle the above-referenced lawsuit. Plaintiff and
5  Defendant (the "Parties") now stipulate to stay this case pending resolution of the
6  related case, entitled *Fagan, et al. v. Essex Property Trust* (Los Angeles Sup. Ct.
7  Case No. BC582251) ("Fagan State Action").

8    This Stipulation is based on the following:

9    1.    WHEREAS, on May 19, 2015, Plaintiff Kiyuana Fagan, on behalf of
10 herself and as a Representative of the People of the State of California and as Private
11 Attorney General, filed a PAGA lawsuit against Defendant in the Superior Court of the
12 State of California, for the County of Los Angeles, Case No. BC582251, alleging claims
13 for penalties under PAGA arising from alleged violations of the California Labor Code
14 ("Fagan State Action");

15   2.    WHEREAS, on October 12, 2016, Plaintiff Jessica Jung, on behalf of
16 herself and all other Class Members, filed a Complaint against Defendant in the United
17 States District Court of the Central District of California, Case No. 2:16-cv-07609,
18 alleging nine (9) causes of action, as follows: (1) Failure to Provide Required Meal
19 Periods; (2) Failure to Provide Required Rest Periods; (3) Failure to Pay Overtime
20 Wages; (4) Failure to Pay Minimum Wages; (5) Failure to Pay All Wages Due to
21 Discharged and Quitting Employees; (6) Failure to Maintain Required Records; (7)
22 Failure to Furnish Accurate Itemized Wage Statements; (8) Failure to Indemnify
23 Employees for Necessary Expenditures Incurred in Discharge of Duties; and, (9) Unfair
24 and Unlawful Business Practices ("Jung Federal Action" or "this action");

25   3.    WHEREAS, on February 3, 2017, Plaintiff Kiyuana Fagan filed a First
26 Amended Complaint ("FAC") adding Jessica Jung as a plaintiff in the Fagan State
27 Action. The FAC alleges 13 causes of action against Defendant, as follows: (1) Failure
28 to Provide Required Meal Periods; (2) Failure to Authorize and Permit Required Rest

1

1  Periods; (3) Failure to Pay Overtime Wages; (4) Failure to Pay Minimum Wages; (5)
2  Failure to Pay All Wages Due to Discharged and Quitting Employees; (6) Failure to
3  Maintain Required Records; (7) Failure to Furnish Accurate Itemized Wage Statements;
4  (8) Failure to Indemnify Employees for Necessary Expenditures Incurred in Discharge
5  of Duties; (9) Failure to Pay Reporting Time Pay; (10) Failure to Pay Split Shift Pay;
6  (11) Unfair and Unlawful Business Practices; (12) Penalties Under the Labor Code
7  Private Attorneys General Act, as Representative Action; and, (13) Failure to Pay All
8  Wages and Overtime Compensation in Violation of the Fair Labor Standards Act;

9      4.    The Jung Federal Action is entirely consumed by the scope of the Fagan
10  State Action and the Settlement of the Fagan State Action will completely dispose of the
11  Jung Federal Action, if approved.

12      5.    WHEREAS, the Parties attended private mediation with David Rottman on
13  December 6, 2016 and entered into a Memorandum of Understanding to resolve both
14  the Fagan State Action and Jung Federal Action on a classwide basis;

15      6.    WHEREAS, the Parties are in the process of finalizing the Joint Motion for
16  Preliminary Approval of Class Action, Collective Action, and Representative Action
17  Settlement to resolve both the Fagan State Action and Jung Federal Action;

18      7.    WHEREAS, the Parties agree to file the contemplated Joint Motion for
19  Preliminary Approval in the Fagan State Action on or before April 30, 2017;

20      8.    WHEREAS, the Parties have reserved May 24, 2017 for the hearing on the
21  contemplated Joint Motion for Preliminary Approval in the Fagan State Action;

22      9.    WHEREAS, the Parties respectfully request that this action be stayed
23  pending resolution of the Fagan State Action; and

24      10.    WHEREAS, the Parties agree that staying this action pending the
25  resolution of the Fagan State Action will serve judicial economy and conserve the
26  Parties' resources.

27
28

2

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS

38295798v.1

1   **IT IS HEREBY STIPULATED AND AGREED** by the Parties and their

2   respective counsel to stay this action until the resolution of the *Fagan, et al. v. Essex*

3   *Property Trust* (Los Angeles Sup. Ct. Case No. BC582251) ("Fagan State Action").

4       **IT IS HEREBY FURTHER STIPULATED** that this Stipulation may be

5   executed in multiple counterparts that, when taken together, shall be deemed as one

6   Stipulation and that an executed facsimile page of this Stipulation shall be deemed an

7   original for filing with the Court.

8       **IT IS SO STIPULATED.**

9

10  Dated:     April 5, 2017          **MAKAREM & ASSOCIATES, APLC**

11

12                                    By: _____

13                                        RONALD W. MAKAREM
                                          JEAN-PAUL LECLERCQ
                                          Attorneys for Plaintiff Jessica Jung
14

15  Dated:     April 13, 2017         **MATERN LAW GROUP, PC**

16

17                                    By: _____

18                                        MATTHEW J. MATERN
                                          MATTHEW W. GORDON
19                                        CHRISTOPHER HUGHES
20                                        Attorneys for Plaintiff Jessica Jung

21

22  Dated:     April 13, 2017         **SEYFARTH SHAW, LLP**

23

24                                    By: _____

25                                        JON D. MEER
                                          LEO Q. LI
26                                        JENNIFER R. NUNEZ
                                          Attorneys for Defendant Essex
27                                        Property Trust, Inc.

28

3

38295798v.1